**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____  :
                                 :
JACK GOODMAN,                    :
                                 :
              Plaintiff,         :   Civil Action No. 05-4292 (RMB)
                                 :
         v.                      :   **ORDER**
                                 :
CORRECTIONAL MEDICAL SVS.,       :
et al                            :
                                 :
              Defendants.        :
_____  :


THIS MATTER having come before the Court upon motions

for summary judgment by Defendants Devon Brown and Kathryn

MacFarland, and Defendant Correctional Medical Services, and the

Court having read the briefs of the interested parties, and for

the reasons stated in the O\pinion issued on this date,

IT IS, THEREFORE, on this 20th day of September, 2006

HEREBY **ORDERED** that Defendants' Motions are **DENIED**.


                              s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              United States District Judge


Dated: September 21, 2006

1