IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JACK GOODMAN, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONAL MEDICAL SERVICES, INC., et al, <br><br> Defendants. | Civil No. 05-4292 (RMB) <br><br> **MEMORANDUM & ORDER** |

    On August 23, 2008, Defendant Correctional Medical Services, Inc. ("CMS") filed a Motion pursuant to Fed. R. Civ. P. 37 for an Order dismissing Plaintiff's Complaint for failure to cooperate with discovery. In connection with that motion, counsel for CMS submitted a Certification, dated September 10, 2008, stating that the correspondence "sent to Mr. Goodman at [576 Lafayette Avenue, Westwood, New Jersey] was subsequently returned to [counsel's] attention indicating the certified mail had been unclaimed, but that it had been forwarded to a new address. The new address provided was 465 River Road, Garfield, New Jersey." (See Certification of David Bishop, Esq. [Dkt. No. 103] at ¶ 18).

    Plaintiff's address is recorded on the Court's docket as 576 Lafayette Avenue, Apt B, Westwood, NJ 07675. However, it appears

1

that Plaintiff no longer resides at this address because the mail sent to that address was returned, as explained above. Moreover, in Plaintiff's most recent letter to the Court, dated March 31, 2008, Plaintiff stated, "I MUST be OUT of my current residence [576 Lafayette Avenue, Apt B, Westwood, NJ] by the end of April (30th)..." (See Letter from Plaintiff [Dkt. No. 94] at 2). Thus, it appears that Plaintiff no longer resides at the address on record with this Court.

Local Civil Rule 10.1(a) requires unrepresented parties to advise the Court of any change in address within five days. Given the record, Plaintiff has failed to comply with this rule.

IT IS THEREFORE on this **11th** day of **September** 2008,

**ORDERED** that the Clerk shall administratively terminate this action without prejudice; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order by regular mail upon Plaintiff, and shall close the file.

s/Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
UNITED STATES DISTRICT JUDGE